No. 5007.—Barret, aplte., v. Antonsanti, apldo.—C. D. Ponce. Julio 8, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sobre desestimación de la presente apelación, y apareciendo que el apelante no ha radicado en la secretaría de este tribunal transcripción alguna de los autos, a pesar de haber transcurrido con exceso el término fijado para ello: se declara con lugar la referida moción y se desestima la apelación establecida contra la resolución dictada por la Corte de Distrito de Ponce en abril 25, 1929.

No. 4948.—Santini Fertilizer Company, aplda., v. Muñoz, aplte.—C. D. San Juan. Julio 8, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Esta apelación se desestimó, a petición de la parte apelada, por frívola.

No. 5000.—Figueroa, aplte., v. Aponte et al., apldos.—C. D. Guayama. Julio 8, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Desestimado por abandono este recurso a petición previa moción de la parte apelada a cuya vista no asistieron las partes.